UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| DAVID L. FOOS, ) | |
|     Plaintiff, ) | |
| ) | CAUSE NO.  2:13-cv-00438-JMS-WGH |
| ) | |
| ) | |
| TAGHLEEF INDUSTRIES, INC. ) | |
|     Defendants. ) | |
| ) | |

**PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND APPENDIX IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

Now comes Plaintiff, David L. Foos, by and through counsel and pursuant to Rule 56.1 of the Local Rules of the United States District Court for the Southern District of Indiana, and respectfully files Plaintiff's Motion for Summary Judgment and Appendix in Support of Motion for Summary Judgment.

Plaintiff contends there are no material issues of fact which would preclude judgment in his favor and files contemporaneously herewith his Memorandum in Support of Motion for Summary Judgment and designates the following evidence.

Plaintiff submits the following evidence in support of Plaintiff's Motion for Summary Judgment and Memorandum in Support of Motion for Summary Judgment:

1. Deposition of Linda LeCour, including all exhibits

2. Deposition of Bryan Jackson, including all exhibits

3. Deposition of Tony Buck, including all exhibits

4. Deposition of Lawrence Mauer, including all exhibits

5. Deposition of Dan McKee, including all exhibits

6. Deposition of David Foos, including all exhibits

WHEREFORE, the Plaintiff respectfully request that the Court enter summary judgment on Plaintiff's Complaint where the undisputed evidence demonstrates there are no genuine issues of material fact to preclude judgment as a matter of law in favor of the Plaintiff.

LEWIS WAGNER, LLP


BY:   s/ ROBERT R. FOOS, JR.
ROBERT R. FOOS, JR., #20885-45
LEWIS WAGNER, LLP
501 Indiana Avenue, Suite 200
Indianapolis, IN  46202
Phone:  (317) 237-0500
Fax:    (317) 630-2790
Email:  rfoos@lewiswagner.com

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Plaintiff's Motion for Summary Judgment and Appendix in Support of Motion for Summary Judgment has been filed with the Clerk of the Court on March 2, 2015 using the CM/ECF system which sent notification of this filing to the following:

    Alexander Phillip Will
    FROST BROWN & TODD
    awill@fbtlaw.com

    Heather L. Wilson
    FROST BROWN TODD, LLC
    hwilson@fbtlaw.com

                                     s/   ROBERT R. FOOS, JR.
                                     ROBERT R. FOOS, JR.

LEWIS WAGNER, LLP
501 Indiana Avenue, Suite 200
Indianapolis, IN 46202
Telephone: 317-237-0500
Facsimile:  317-630-27890

3